UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esq.
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
(856) 779-3362 fax
Attorney for Creditor, First Niagara Bank, N.A.

In Re:

Fabiola McGlynn

Case No.:       14-18125-JNP

Adv. No.:       _____

Chapter:        13

Hearing Date:   August 16, 2016

Judge:          Poslusny

**ADJOURNMENT REQUEST FOR CHAPTER 13**

1. I, Rebecca K. McDowell, Esq.

    ☒   am the attorney for: First Niagara Bank, N.A.

    ☐   am self-represented

    Phone number: 856-324-5014

    Email address: rmcdowell@slgcollect.com

2. I request an adjournment of the following hearing:

    Matter: First Niagara Bank's Motion for Relief from Stay - Docket No. 51

    Current hearing date and time: August 16, 2016 at 10:00 AM

    New date requested: August 30, 2016 at 10:00 AM

Reason for adjournment request: The parties are attempting to resolve the matter and need more time.

_____

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____
   _____
   _____

I certify under penalty of perjury that the foregoing is true.

Date: August 15, 2016            /s/ Rebecca K. McDowell
                                       Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

2

☒ Granted    New hearing date: __8/30/2016 at 10__    ☒ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*