| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Jill T. Bryan, Esq.<br>900 Route 168, Suite A-4<br>Turnersville, NJ  08012<br>(856)227-2000<br>Attorney for Debtor(s) | **Order Filed on August 25, 2016<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>FABIOLA D. MCGLYNN | Case No.: 14-18125-JNP<br>Chapter: 13<br>Hearing Date:<br>Judge: Jerrold N. Poslusny, Jr. |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___two (2)___ is hereby **ORDERED**.

**DATED: August 25, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jill T. Bryan, Esq._____, the applicant, is allowed a fee of $ _____400.00_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____235_____ per month for _25 more_ months to allow for payment of the aforesaid fee.