UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SALDUTTI LAW GROUP
Rebecca K. McDowell, Esq.
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
(856) 779-3362 fax
Attorney for Creditor, First Niagara Bank, N.A.

**Order Filed on August 24, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Fabiola McGlynn

| | |
|---|---|
| Case No.: | 14-18125 |
| Judge: | Jerrold N. Poslusny Jr. |
| Hearing Date(s): | August 30, 2016 |
| Chapter: | 13 |

Recommended Local Form        ☒ Followed        ☐ Modified

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: August 24, 2016**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Applicant:                          First Niagara Bank, N.A.

Applicant's Counsel:                Rebecca K. McDowell, Esq.

Debtor's Counsel:                   Jill T. Bryan, Esq.

Property Involved ("Collateral"):   2013 Dodge Charger, VIN 2C3CDXBG8DH614840

Relief sought:        ☒   Motion for relief from the automatic stay

☐   Motion to dismiss

☐   Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.  Status of post-petition arrearages:

    ☒   The Debtor is overdue for __2__ months, from __June 2016__ to __July 2016__.

    ☒   The Debtor is overdue for __2__ payments at $__400.89__ per month.

    ☐   The Debtor is assessed for _____ late charges at $_____ per month.

    ☒   Applicant acknowledges receipt of funds in the amount of $__400.89__ received after the motion was filed.

    Total Arrearages Due  $_____801.78_____.

2.  Debtor must cure all post-petition arrearages, as follows:

    ☐   Immediate payment shall be made in the amount of $_____. Payment shall be made no later than _____.

    ☒   Beginning on __August 26, 2016__, regular monthly ~~mortgage~~ loan payments shall continue to be made in the amount of $__400.89__.

    ☒   Beginning on __August 26, 2016__, additional monthly cure payments shall be made in the amount of $__133.63__ for __6__ months.

2

☐    The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ☐    Immediate payment: _____

                                   _____

                                   _____

    ☒    Regular monthly payment:    First Niagara Bank - Attn: Bankruptcy Dept

                                   6950 South Transit Rd., PO Box 514

                                   Lockport, NY 14095

    ☒    Monthly cure payment:      First Niagara Bank - Attn: Bankruptcy Dept

                                   6950 South Transit Rd., PO Box 514

                                   Lockport, NY 14095

4. In the event of Default:

☒   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐   If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.  Award of Attorneys' Fees:

    ☒   The Applicant is awarded attorneys fees of $___300.00___, and costs of $___176.00___.

        The fees and costs are payable:

        ☒   through the Chapter 13 plan.

        ☐   to the Secured Creditor within _____ days.

    ☐   Attorneys' fees are not awarded.

*rev.8/1/15*

4

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 14-18125-JNP
Fabiola D. McGlynn                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin           Page 1 of 1            Date Rcvd: Aug 24, 2016
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2016.
db             +Fabiola D. McGlynn,   960 Poe Court,    Williamstown, NJ 08094-3216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jill T. Bryan    on behalf of Debtor Fabiola D. McGlynn jtb.assistant1@verizon.net
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca K. McDowell    on behalf of Creditor    First Niagara Bank NA rmcdowell@slgcollect.com
              Robert L. Saldutti    on behalf of Creditor    First Niagara Bank NA rsaldutti@saldutticollect.com,
               lmarciano@saldutticollect.com;kcollins@slgcollect.com
                                                                                               TOTAL: 8