UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jill T. Bryan, Esq.
900 Route 168, Suite A-4
Turnersville, NJ  08012
(856)227-2000
Attorney for Debtor(s)

Order Filed on August 25, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

FABIOLA D. MCGLYNN

| | |
|---|---|
| Case No.: | 14-18125-JNP |
| Chapter: | 13 |
| Hearing Date: | |
| Judge: | Jerrold N. Poslusny, Jr |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through ___two (2)___ is
hereby **ORDERED**.

DATED: August 25, 2016

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Jill T. Bryan, Esq. _____, the applicant, is allowed a fee of $ _____ 400.00 _____ for services rendered and expenses in the amount of $ _____ 0 _____ for a total of $ _____ 400 _____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❑    outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ 235 _____ per month for _ 25 more _ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:
Fabiola D. McGlynn                                                          Case No. 14-18125-JNP
        Debtor                                                             Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Aug 25, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2016.
db              +Fabiola D. McGlynn,    960 Poe Court,    Williamstown, NJ 08094-3216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2016 at the address(es) listed below:
            Denise E. Carlon    on behalf of Creditor   Lakeview Loan Servicing, LLC
            bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
            Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
            Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
            Jill T. Bryan    on behalf of Debtor Fabiola D. McGlynn jtb.assistant1@verizon.net
            Joshua I. Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
            bkgroup@kmllawgroup.com
            Raymond H. Shockley, Jr.    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
            Rebecca K. McDowell    on behalf of Creditor   First Niagara Bank NA rmcdowell@slgcollect.com
            Robert L. Saldutti    on behalf of Creditor   First Niagara Bank NA rsaldutti@saldutticollect.com,
            lmarciano@saldutticollect.com;kcollins@slgcollect.com
                                                                                    TOTAL: 8